Charles A. RUNNELS, Plaintiff–Appellant,

v.

Frank MECOLI; R. Towles; Lugo; Bill Richardson, a.k.a. Mallin, Defendants–Appellees.

No. 00–15746.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 8, 2001[1].

Decided Jan. 24, 2001.

Before BEEZER, O'SCANNLAIN, and KLEINFELD, Circuit Judges.

MEMORANDUM[2]

Arizona state prisoner Charles A. Runnels appeals pro se the district court's summary judgment of his 42 U.S.C. § 1983 action alleging deliberate indifference to a serious medical need and violation of due process.

We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's grant of summary judgment, see *Margolis v. Ryan,* 140 F.3d 850, 852 (9th Cir.1998).

We affirm for the reasons set forth in the district court's orders dated December 28, 1999, and March 16, 2000.

AFFIRMED.

---

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.